UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 12-09437 MMM (FMOx) | Date March 28, 2013 |
| Title *Michael Ontiveros v. Michaels Stores, Inc. et al* | |

Present: The Honorable **MARGARET M. MORROW**

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** Order Remanding Action to Los Angeles Superior Court for Lack of Subject Matter Jurisdiction

    No response to the order to show cause having been received, the court remands the action to Los Angeles Superior Court for the reasons stated in the order to show cause.